| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 6:03CR00084-001 |
| | | DOCKET NUMBER (Rec. Court) |
| | | CR Misc No 1130/2:06CR281-MHT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Southern District of Texas (Victoria) | DIVISION |
|---|---|---|
| Roderick Thornton 5009 Stone Pine Drive Montgomery, AL 36116 | NAME OF SENTENCING JUDGE Honorable John D. Rainey, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM July 11, 2005 | TO July 10, 2008 |

OFFENSE

Structuring Transactions to Evade Reporting Requirements (2 counts)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF Texas

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/17/06
Date

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle DISTRICT OF Alabama

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/6/2006
Effective Date

_United States District Judge_