AO 455 Waiver of Indictment

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

DEC 2 2 2003

Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA

v.

RODERICK THORNTON

WAIVER OF INDICTMENT

CASE NUMBER: V-03-84

I, RODERICK THORNTON, the above named defendant, who is accused of

Structuring transactions to evade reporting requirements in violation of 31 U.S.C. 5324(a)(3).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on __12-22-03__ prosecution by indictment and consent that the
                         Date
proceeding may be by information rather than by indictment.

RODERICK THORNTON
DEFENDANT

ALFRED MONTELONGO
ATTORNEY FOR DEFENDANT

After having advised the defendant of the nature of the charge filed by criminal information against the defendant in this cause, I find the defendant has knowingly and voluntarily waived the right to prosecution by indictment before the federal grand jury.

Before_____
        United States District Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N MILBY Clerk
By: _____
    Deputy Clerk  /pg.

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Victoria

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED
APR - 7 2004
Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| RODERICK THORNTON | |

Case Number: **6:03CR00084-001**

Alfred H. Montelongo
Defendant's Attorney

☐ See Additional Aliases sheet.

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   1 and 2 of the Information on December 22, 2003

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 31 U.S.C. § 5324(a)(3) | Structuring Transactions to Evade Reporting Requirements | 08-09-2000 | 1 |
| 31 U.S.C. § 5324(a)(3) | Structuring Transactions to Evade Reporting Requirements | 08-10-2000 | 2 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  Indictment V-02-00049-001    ☒ is  ☐ are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 06-02-1965
Defendant's USM No.: 11053-002
Defendant's Residence Address:
106 Huntley Dr
Montgomery, AL 36105

Defendant's Mailing Address:
106 Huntley Dr
Montgomery, AL 36105

April 5, 2004
Date of Imposition of Judgment

Signature of Judicial Officer

**JOHN D. RAINEY**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judicial Officer

Date  April 6, 2004

12

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 2 -- Imprisonment

Judgment -- Page 2 of 6

DEFENDANT: **RODERICK THORNTON**
CASE NUMBER: **6:03CR00084-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____15 months._____

The term is to each of Counts 1 and 2, to be served concurrently with one another.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant serve his sentence in a Bureau of Prisons facility near Montgomery, Alabama provided it meets the security needs of the Bureau of Prisons.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ on _____
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 pm on _____
  ☒ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 3/01) Judgment in a Criminal Case
Sheet 3 -- Supervised Release

Judgment -- Page 3 of 6

DEFENDANT: **RODERICK THORNTON**
CASE NUMBER: **6:03CR00084-001**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __3 year(s).__
    The term is to each of Counts 1 and 2, to be served concurrently with one another.

☐ See Additional Supervised Released Terms Sheet.

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒ The defendant shall not possess a firearm, destructive device.

☐ See Additional Mandatory Conditions Sheet

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
           Sheet 3 -- Continued 2 -- Supervised Release

Judgment -- Page 4 of 6

DEFENDANT: **RODERICK THORNTON**
CASE NUMBER: **6:03CR00084-001**

## SPECIAL CONDITIONS OF SUPERVISION

**DRUG SURVEILLANCE:** The defendant shall submit to periodic urine surveillance and/or breath saliva and skin tests for the detection of drug abuse as directed by the probation officer. The defendant will incur costs associated with such detection efforts based on ability to pay as determined by the probation officer.

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 5, Part A -- Criminal Monetary Penalties

Judgment -- Page 5 of 6

**DEFENDANT:** RODERICK THORNTON
**CASE NUMBER:** 6:03CR00084-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 200.00 | $ 2,000.00 | $ 0.00 |

The fine is to Counts 1 and 2 and is to be paid concurrently.

☐ See Additional Terms for Criminal Monetary Penalties Sheet.

☐ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | ***Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order or Percentage of Payment** |
|---|---|---|---|
| | | | |

☐ See Additional Restitution Payees Sheet.

| **TOTALS** | $0.00 | $0.00 | |
|---|---|---|---|

☐ If applicable, restitution amount ordered pursuant to plea agreement  $_____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☒ the interest requirement is waived for the ☒ fine and/or ☐ restitution.

  ☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 5, Part B -- Criminal Monetary Penalties

Judgment -- Page 6 of 6

**DEFENDANT:** **RODERICK THORNTON**
**CASE NUMBER:** **6:03CR00084-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☐ Lump sum payment of _____ due immediately, balance due
    ☐ not later than _____, and/or
    ☐ in accordance with ☐ C, ☐ D, and/or ☐ E, below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ E below); or

C ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☒ Special instructions regarding the payment of criminal monetary penalties:
Make all payments payable to: U.S. District Clerk, P.O. Box 1638, Victoria, TX 77902
Any remaining balance is to be paid at the rate of $60.00 per month beginning upon release from custody of the Bureau of Prisons.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number (Including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
| | | |

☐ See Additional Defendants Held Joint and Several sheet.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property Sheet.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk

By: /s/ Hausman
Deputy Clerk  6/9/0

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Victoria)
## CRIMINAL DOCKET FOR CASE #: 6:03-cr-00084-ALL
### Internal Use Only

Case title: USA v. Thornton                                Date Filed: 12/01/2003

Assigned to: Judge John D. Rainey

**Defendant**

**Roderick L Thornton** (1)                 represented by   **Alfred H Montelongo**
*$25,000 UNSECURED BOND*                                    Montelongo & Montelongo
*TERMINATED: 04/05/2004*                                    4824 Kostoryz
                                                            Corpus Christi, TX 78415
                                                            361-855-4300
                                                            Fax: 361-855-4358 fax
                                                            Email: andalfal@aol.com
                                                            *TERMINATED: 04/05/2004*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: CJA Appointment*

**Pending Counts**                                          **Disposition**

STRUCTURING TRANSACTIONS
TO EVADE REPORTING
REQUIREMENTS. OFFENSE DATE:
Between on or about 08/08/00 and                            Cnts 1 & 2: 15 months in custody of
08/09/00. PENALTY: Not more than                            BOP on each count, to run concurrent; 3
$250,000 or twice gross loss to victim                      years SRT on each count, to run
or twice gross gain to defendant,                           concurrent; $2,000 fine imposed on
whichever is greatest; Not more than 5                      each count, to run concurrent; $200
years, or both; Not more than 3 years                       special assessment
Supervised Release; $100 Assessment
Fee.
(1)

STRUCTURING TRANSACTIONS
TO EVADE REPORTING
REQUIREMENTS. OFFENSE DATE:                                 Cnts 1 & 2: 15 months in custody of
08/10/00. PENALTY: Not more than                            BOP on each count, to run concurrent; 3
$250,000 or twice gross loss to victim                      years SRT on each count, to run
or twice gross gain to defendant,                           concurrent; $2,000 fine imposed on
whichever is greatest; Not more than 5                      each count, to run concurrent; $200
years, or both; Not more than 3 years                       special assessment
Supervised Release; $100 Assessment

Fee.
(2)

### Highest Offense Level (Opening)
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

### Highest Offense Level (Terminated)
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Timothy Hammer**<br>US Attorneys Office<br>312 S Main<br>Ste 315<br>Victoria, TX 77902<br>361-576-9988<br>Fax: 361-579-6820 fax<br>Email: Timothy.Hammer@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Financial Litigation**<br>U S Attorney's Office<br>Southern District of Texas<br>P O Box 61129<br>Houston, TX 77208<br>713-567-9000<br>Fax: 713-718-3391 fax<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**US Marshal - V**<br>312 S Main<br>Room 326<br>Victoria, TX 77901<br>361-578-4932<br>Fax: 361-576-0065<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

**US Pretrial Svcs-CC**
1133 N Shoreline Blvd
Rm 114
Corpus Christi, TX 78401
361-888-3411
Fax: 361-888-3419 fax
Email: txsptdb_corduty@txspt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - V**
312 S Main
Rm 302
Victoria, TX 77901
361-579-6640
Fax: 361-579-0330 fax
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2003 | 1 | Consent to Transfer (Rule 20) from Middle District of Alabama (03-246-N) as to Roderick L Thornton (1) count(s) 1, 2 , filed. (lmunoz) Modified on 12/02/2003 (Entered: 12/02/2003) |
| 12/01/2003 | | **Added Government Attorney Timothy Hammer. (lmunoz) (Entered: 12/02/2003) |
| 12/01/2003 | | **Added Attorney Alfred H Montelongo for Roderick L Thornton (lmunoz) (Entered: 12/02/2003) |
| 12/01/2003 | | **Added US Marshal, Pretrial Services, Financial Litigation Unit and Probation (ltesch) (Entered: 12/24/2003) |
| 12/02/2003 | | APPEARANCE BOND entered by Roderick L. Thornton in Amount $ 25,000 Unsecured on 07/18/02 on CR. V-02-49. (lmunoz) (Entered: 12/02/2003) |
| 12/05/2003 | 2 | CJA 20 as to Roderick L Thornton : Appointment of Attorney Mr. Alfred H. Montelongo ( Appointed by Judge John D. Rainey ) , entered. (lmunoz) (Entered: 12/08/2003) |
| 12/22/2003 | 3 | Re-Arraignment held before Judge John D. Rainey. Ct Reporter: R. Payton. Appearances: AUSA Tim Hammer f/ govt, Alfred Montelongo f/ deft. Roderick L Thornton (1) count(s) 1, 2 (Defendant informed of rights.) , filed., Plea of Guilty: Roderick L Thornton (1) count(s) 1, 2 , terminated deadlines Written plea agreement filed. Indictment waived. Order for PSI signed. Sentencing set April 5, 2004 at 2:40 p.m. Deft continued on bond. (ltesch) (Entered: 12/24/2003) |

| 12/22/2003 | 4 | WAIVER OF INDICTMENT by Roderick L Thornton , filed. ( Signed by Judge John D. Rainey ),entered. (ltesch) (Entered: 12/24/2003) |
|---|---|---|
| 12/22/2003 | 5 | Memorandum of Plea Agreement as to Roderick L Thornton , filed. (ltesch) (Entered: 12/24/2003) |
| 12/22/2003 | 6 | ORDER for Disclosure of PSI as to Roderick L. Thornton , PSI completion by 3/1/04 , Objection to PSI due 3/15/04 , Final PSI due 3/29/04 , Sentencing set for 2:40 4/5/04 ( Signed by Judge John D. Rainey ), entered. Parties ntfd. (ltesch) (Entered: 12/24/2003) |
| 03/24/2004 | 7 | DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION , filed. (lmunoz) (Entered: 03/24/2004) |
| 03/29/2004 | 8 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Roderick L Thornton , filed. (lmunoz) (Entered: 03/29/2004) |
| 03/29/2004 | 9 | SEALED Confidential Sentencing Recommendation regarding Roderick L Thornton to the Court, filed and placed in vault. (lmunoz) (Entered: 03/29/2004) |
| 04/01/2004 | 10 | GOVERNMENT'S STATEMENT REGARDING the Presentence Investigation Report as to dft Roderick L Thornton , filed. (lmunoz) Modified on 04/01/2004 (Entered: 04/01/2004) |
| 04/05/2004 | 11 | Sentencing held before Judge John D. Rainey; Ct Reporter: R. Payton; US Probation Officer: Stan Ruta; Appearances: Tim Hammer f/Govt; Alfred Montelongo f/Deft Roderick L Thornton (1) count(s) 1, 2 ; To serve 15 months in custody of BOP on each count, to run concurrent; Followed by 3 years SRT on each count, to run concurrent; Standard and special conditions apply; Drug surveillance; $2,000 fine imposed on each count, to run concurrent; Court recommends placement a BOP facility located near Montgomery, Alabama; $200 special assessment; Time to serve; CR.V-02-49 dismissed on government's motion and Order signed; Deft ordered to surrender to institution when designated; PSI sealed. Objections to PSI argued. Deft admonished of his right to appeal; Deft bond continued , filed. (lmunoz) Modified on 04/08/2004 (Entered: 04/07/2004) |
| 04/05/2004 |  | **Termination of party Roderick L Thornton including deadlines and motions as to Roderick L Thornton (lmunoz) (Entered: 04/07/2004) |
| 04/05/2004 |  | **Case closed as to all defendants: Roderick L Thornton (lmunoz) (Entered: 04/07/2004) |
| 04/06/2004 | 12 | JUDGMENT as to Roderick L Thornton (1) count(s) 1, 2 ( Signed by Judge John D. Rainey ), entered. Parties ntfd. The Statement of Reasons has been placed under seal in the envelope with the Original Presentence Report. Copies of SOR have been sent to the defendant's attorney, the AUSA, and the US Marshal. (lmunoz) (Entered: 04/07/2004) |
| 05/17/2004 | 13 | Agreement to Voluntarily Surrender as to Roderick L Thornton , filed. (lmunoz) (Entered: 05/19/2004) |

| 05/17/2004 | 14 | ORDER to Surrender for Roderick L Thornton on June 7, 2004 at 2:00 p.m. at Federal Prison Camp Montgomery, Maxwell Air Force Base, Montgomery, Alabama 36112 ( Signed by Judge John D. Rainey ) , entered. Parties ntfd. (lmunoz) (Entered: 05/19/2004) |
|---|---|---|
| 06/24/2004 | 15 | Judgment Returned Executed as to Roderick L Thornton ; on 06/10/04 to serve sentence at FPC EGLIN AFBFL, filed. (lmunoz) (Entered: 06/24/2004) |
| 10/17/2006 | 16 | Transfer of Jurisdiction Proceedings has been signed by Judge John D. Rainey in the Southern District of Texas, Victoria Division Division and has been forwarded to the Middle District of Alabama Division for signature of acceptance by the Judge as to Roderick L Thornton. (yhausmann, ) (Entered: 10/17/2006) |
| 11/20/2006 | 17 | Probation Jurisdiction Transferred to USDC Middle District of Alabama as to Roderick L Thornton.(yhausmann, ) (Entered: 11/21/2006) |

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk

By: /s/ Yhausmann
Deputy Clerk  5 pgs.