PROB 12A
(7/93)

# United States District Court

## for

## Middle District of Alabama

## Report on Offender Under Supervision

Name of Offender: Roderick Thornton                                   Case Number: 2:06CR281-MHT

Name of Sentencing Judicial Officer: The Honorable John D. Rainey, U.S. District Judge (SD/TX)

Date of Original Sentence: April 5, 2004

Original Offense: Structuring Transactions to Evade Reporting Requirements (2 counts)

Original Sentence: 15 months custody of BOP; followed by three years of supervised release

Type of Supervision: Supervised Release             Date Supervision Commenced: July 11, 2005

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

**1. "The defendant shall not commit another federal, state or local crime."** | On December 5, 2006, Thornton turned himself into the Selma Police Department due to an arrest warrant for Theft of Property 1st degree. Thornton was released on bond and arraignment is set for January 8, 2007.

U.S. Probation Officer Action:   In September 2006, I received notification that an arrest warrant had been issued for Theft of Property 1st degree.   After further investigation, it was determined that Thornton was to sell a 2000 Freight Liner truck for Rick Tyus.  Thornton had taken the truck to a possible buyer and never returned it.   Thornton was confronted and denied any wrong doings. He advised a third party had the truck and he would try to locate that individual.  Within two days, I was able to get the truck returned to the victim.  It should be noted that in the time Thornton had the vehicle over 200,000 miles were put on the truck.   Due to this violation, Thornton's case was transferred from the Southern District of Texas. The probation officer requests the Court to take no action until this pending charge is resolved.  If convicted of this charge, a petition will be filed requesting a revocation hearing.

                                                                Respectfully submitted,

                                                    by          /s/ Kevin Poole
                                                                U.S. Probation Officer
                                                                Date: December 20, 2006

Reviewed and approved:  /s/ David Ron Thweatt
                                    Supervisory U.S. Probation Officer

**PROB 12A**
**(7/93)**

2

---

*The Court directs that additional action be taken as follows:*

[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other
[X]   Concur with Probation Officer's recommendation
[ ]   No action necessary

    /s/ Myron H. Thompson
Signature of Judicial Officer

    December 28, 2006
Date