✎Prob 12C
(Rev. 1/05)

# UNITED STATES DISTRICT COURT

for

**MIDDLE DISTRICT OF ALABAMA**

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender:   Roderick Thornton               Case Number:   2:06cr281-MHT
                                                                   (Formerly 6:03cr00084-001 SD/TX)

Name of Sentencing Judicial Officer:   The Honorable John D. Rainey, U.S. District Judge

Date of Original Sentence:   April 5, 2004

Original Offense:   Structuring Transactions to Evade Reporting Requirements (2 counts)

Original Sentence:   15 months custody of BOP followed be a 3 year term of supervised release

Type of Supervision:   Supervised Release    Date Supervision Commenced:   July 11, 2005

Assistant U.S. Attorney:   Timothy Hammer         Defense Attorney:   Alfred H. Montelongo

---

**PETITIONING THE COURT**

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1 (Mandatory Condition #2): **"The defendant shall not commit another federal, state or local crime."** | On or about December 18, 2007, Roderick Thornton was arrested by an officer with the Montgomery Police Department for Theft of Property, 2nd degree. |
| Viol. 2 (Mandatory Condition): **"If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the** | Roderick Thornton is required to submit $60 per month toward his fine obligation and has not submitted a payment since November 29, 2005. |

✎ Prob 12C
 (Rev. 1/05)

**Criminal Monetary Penalties sheet of this judgment."**

Viol. 3 (Standard Condition #2): **"The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."**

In that since beginning his term of employment at Premiere Refreshments, Roderick Thornton falsely reported on his monthly supervision report that his employer was aware of his criminal conviction. The employer has reported having no knowledge of the conviction.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     January 9, 2008

/s/ Daphne P. Willcox

U.S. Probation Officer

APPROVED:

/s/ David Ron Thweatt
Supervisory U. S. Probation Officer

THE COURT ORDERS:

[ ] No action.

[ ] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

Signature of Judicial Officer

Date