IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr281-MHT |
| **RODERICK THORNTON** | ) | |

### ORDER

It is ORDERED that the revocation petition (Doc. No. 4) is set for an evidentiary hearing on January 24, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 9th day of January, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**