IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06-cr-281-MHT |
| | ) | |
| RODERICK THORNTON | ) | |

### MOTION TO CONTINUE REVOCATION HEARING

**COMES NOW** the Defendant, Roderick Thornton, by and through undersigned counsel, Michael J. Petersen, and moves this Court for a continuance of the Revocation Hearing presently set for January 28, 2008 at 10:00 a.m.**,** in the above-styled case.  As grounds for granting this Motion, Defendant would show the following:

1. On January 9, 2008, this Court issued an Order directing the issuance of a summons for the defendant.  (Doc #6).

2. On January 9, 2008, this Court set a Final Hearing on the Petition for Revocation of Supervised Release (Doc #4) on January 28, 2008 at 10:00 a.m.

3. On January 14, 2008, this Court issued an Order appointing the Federal Public Defender to represent the Defendant in the above-styled case on the Petition for Revocation. (Doc # 10).

4. On January 18, 2008, undersigned counsel was assigned to represent the Defendant and filed his Notice of Appearance. (Doc# 12).

5. On January 22, 2008, undersigned counsel received a letter dated January 18, 2008, from United States Probation Officer Willcox with the violation report attached.  Officer Willcox stated in the letter that a videotape concerning the facts and allegations contained in

Violation No. 1 was not yet available. Officer Willcox stated on January 18, 2008, that the video may not be available until January 22, 2008.

6. On January 22, 2008, undersigned counsel communicated with counsel for the government, Assistant United States Attorney Christopher A. Snyder. AUSA Snyder stated that he was aware of the existence of the video but it had not yet been provided to him by Officer Willcox.

7. On January 22, 2008, undersigned counsel communicated with Officer Willcox and learned that the video was still not available.

8. Prior to the preparation of this Motion, undersigned counsel again conferenced with AUSA Snyder and was told that the government had not yet viewed the video.

9. As of the time of the filing of this Motion, undersigned counsel has not yet received the video in question, which video allegedly purports to form the basis for the allegations in Violation No. 1 of the Petition to Revoke.

10. Until said video is made available, undersigned counsel is unable to properly investigate and/or advise his client and is unable to properly proceed with the Hearing set for January 28, 2008.

11. The Government, through Assistant United States Attorney Christopher Snyder, has no opposition to the granting of this Motion.

12. While requests for a continuance are addressed to the sound discretion of the trial court, United States v. Darby, 744 F.2d 1508, 1521(11thCir. 1984),reh'g denied 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, the ends of justice will be served by allowing the defense adequate time to review all potentially relevant information and to interview all potential witnesses in order to adequately prepare a defense to

the charges contained in the Petition for Revocation.

**WHEREFORE**, based upon the foregoing, the Defendant, by and through undersigned counsel moves this Court for an Order continuing this matter for at least fourteen days in order to properly view and investigate the allegations purportedly contained in said video.

Dated this 23rd day of January 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06-cr-281-MHT |
| ) | |
| RODERICK THORNTON ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher Snyder, Assistant U.S. Attorney.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M