IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL ACTION NO. |
| ) | 2:06cr281-MHT |
| RODERICK THORNTON ) | |

### ORDER

Based upon the representations made in open court on February 21, 2008, it is ORDERED as follows:

(1) Defendant Roderick Thornton's oral motion to continue is granted.

(2) The evidentiary hearing on the revocation petition (Doc. No. 4) is continued to April 2, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 22nd day of February, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE