Prob 12C
(Rev. 1/05)

# UNITED STATES DISTRICT COURT

for

### MIDDLE DISTRICT OF ALABAMA

### Amended Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Roderick Thornton | Case Number: 2:06cr281-MHT |
| | (Formerly 6:03cr00084-001 SD/TX) |

Name of Sentencing Judicial Officer:    The Honorable John D. Rainey, U.S. District Judge

Date of Original Sentence:    April 5, 2004

Original Offense:    Structuring Transactions to Evade Reporting Requirements (2 counts)

Original Sentence:    15 months custody of BOP followed be a 3 year term of supervised release

Type of Supervision:    Supervised Release    Date Supervision Commenced:    July 11, 2005

Assistant U.S. Attorney:    Christopher A. Snyder    Defense Attorney:    Donnie W. Bethel

---

### PETITIONING THE COURT

☐ To issue a warrant
☒ To amend petition filed on January 9, 2008  (summons previously issued)

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1 (Mandatory Condition ): **"The defendant shall not commit another federal, state or local crime."** | On or about December 18, 2007, Roderick Thornton was arrested by an officer with the Montgomery Police Department for Theft of Property, 2nd degree. |
| Viol. 2 (Mandatory Condition): **"The defendant shall not commit another federal, state or local crime."** | On or about December 5, 2005, in Montgomery County, in the Middle District of Alabama and elsewhere, defendant Roderick Thornton did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the U.S. Probation Office for the Middle District of Alabama, a department within the judicial branch of the United States, in that Thornton, in completing his monthly supervision report falsely claimed that he was submitting a $180.00 payment toward his court ordered fine, special assessment, and restitution, when in fact and as he well knew, he had not submitted any payment, in violation of 18 U.S.C. § 1001, a Class D felony. |

&#9758;Prob 12C
(Rev. 1/05)

| | |
|---|---|
| Viol. 3 (Mandatory Condition): **"If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment."** | Roderick Thornton is required to submit $60 per month toward his fine obligation and has not submitted a payment since April 10, 2005. |
| Viol. 4 (Standard Condition #2): **"The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."** | In that since beginning his term of employment at Premiere Refreshments, Roderick Thornton falsely reported on his monthly supervision report that his employer was aware of his criminal conviction. The employer has reported having no knowledge of the conviction. |

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     March 24, 2008

/s/ Daphne P. Willcox

U.S. Probation Officer

APPROVED:

/s/ David Ron Thweatt

Supervisory U. S. Probation Officer

 Prob 12C
(Rev. 1/05)

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☐ The issuance of a summons.

☐ That the petition filed on January 9, 2008, be and is hereby amended.

_____
Signature of Judicial Officer

_____
Date