IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
   v. )   CRIMINAL ACTION NO.
)      2:06cr281-MHT
**RODERICK THORNTON** )

## ORDER

Because of a scheduling conflict, it is ORDERED that defendant Roderick Thornton's evidentiary hearing on the revocation petitions (Doc. Nos. 4 & 20), now set for April 2, 2008, is reset for April 23, 2008, at 10:00 a.m. in Courtroom 2FMJ, Frank M. Johnson, Jr. U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 27th day of March, 2008.

              /s/ Myron H. Thompson
            **UNITED STATES DISTRICT JUDGE**